1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURENCE KAPLAN,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN MORTGAGE COMPANY, and DOES I-V,<br><br>    Defendants. | CASE NO. 3:10-cv-00451-LRH-VPC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through counsel of record, that the above-captioned matter shall be dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

. . .
. . .
. . .
. . .
. . .

THE PARTIES ADVISE THE COURT that a scheduling order has been entered, but has since been stayed, and no trial date has been scheduled.

DATED: 3/18/11

SMITH LARSEN & WIXOM

Jay Earl Smith, Esq.
Nevada Bar No. 1182
Jason S. Wilcock, Esq.
Nevada Bar No. 9930
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
Chase Home Finance LLC,
successor by merger with
Chase Manhattan Mortgage Corporation

DATED: 3.28.11

BARBER, KARP & ASSOCIATES

Kevin R. Karp, Esq.
Nevada Bar No. 1082
557 Washington Street
Reno, Nevada 89503
Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED this __5th__ day of __April__, 2011

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE